UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE PRODUCTION WORKS PENSION FUND | Case No. 1:24-cv-05570 (JLR) |
|---|---|
| | **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

This action was commenced on July 23, 2024. Dkts. 1, 3. In the complaint in this action, the Plan Administrator of the Production Works Pension Fund (the "Fund") requested that the Court appoint two trustees for the Fund and other related relief. Dkt. 3 at 5. Following a conference in this matter on August 19, 2024, Dkt. 8, the Court ordered the requested relief on August 20, 2024. Dkt. 13. The Plan Administrator of the Fund is ORDERED to file a letter by September 10, 2024 indicating whether this action can now be closed.

Dated: August 30, 2024
    New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

1