IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

In re Production Workers Pension Fund

Civil Action No. 1:24-cv-05570-JLR

------------------------------------------------------

**ORDER**

WHEREAS this Court appointed Judith Broach and James Estabrook as Trustees to the Production Workers Pension Fund on August 20, 2024 (Docket No. 13);

WHEREAS this Court's Order permitted the Fund to pay the trustees reasonable compensation for their services to the Fund;

WHEREAS the newly appointed trustees seek transparency in their compensation and oversight into what is "reasonable compensation" under this Court's Order;

NOW THEREFORE, IT IS ORDERED:

(1) The union-side trustee of the Fund is to approve any compensation to the employer-side trustee of the Fund;

(2) The employer-side trustee of the Fund is to approve any compensation to the union-side trustee of the Fund; and

(3) The Fund will create, maintain, and pay for a publicly available website in which an accounting of their compensation and invoices (redacted, if needed, to protect privileged information) will be posted.

*Jennifer Rochon*
The Honorable Jennifer L. Rochon, U.S.D.J.

Dated:  November __22___, 2024